# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROGER LYNN MEADOWS,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-0670-WS-M |
| **A-C PRODUCT LIABILITY TRUST,** et al., | : |
| | : |
| Defendants. | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice for lack of subject matter jurisdiction.

**DONE** this 23rd day of March, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE